# EXHIBIT B

the Cheetah Girls