# EXHIBIT D



- Email signup
- My account
- Help
- Find great baby products at Babies R Us
  - Baby Registry
  - Wish Lists
  - Rewards R Us
  - Gift Cards
- Geoffrey's Birthday Club
  - Store Locator

- Free Shipping Store Halloween Costumes Action Figures Science Fiction & Fantasy Sports Figures TV & Movie Figures More >> Arts & Crafts Baby Toys Bikes Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books Music & DVD Books Music Movies & TV
- Building Sets & Blocks Collectibles Dolls & Stuffed Animals Fashion Dolls Dollhouses More >> Electronics Digital Picture Frames Video Audio More >> Games & Puzzles Learning Electronic Learning Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >>
- Musical Instruments Outdoor Play Backyard Play Gym Sets Slides & Swings Trampolines More >> Party Supplies Pet Supplies Preschool Pretend Play & Dress-Up Dress-Up / Costumes Kitchens & Play Food More >> Specialty Toys European & International Toys Eco-Friendly Toys More >>
- Sporting Goods Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games Nintendo Wii Nintendo DS Xbox 360 PlayStation 3 Sony PSP More

**BABIES R US**
Looking for baby products?
Visit Babies R Us for all your newborn, infant and toddler needs. Go now >

>> Mom's Favorites Other Toys

- Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- Barbie Bratz Cheetah Girls Disney Fairies Disney Pixar's Cars The Movie Hannah Montana High School Musical Iron Man Speed Racer Spider-Man
  - Transformers iCarly Batman Ben 10 Dora the Explorer Star Wars Thomas & Friends See All >>
- Banzai Cheetah Girls First Act Fisher-Price Hasbro Games Hot Wheels John Deere K'Nex LEGO LeapFrog
- Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playskool Shining Stars See All >>
  - ToysRUs Exclusives Clearance Award Winners

0 items

| All Products | | **GO!** |

Welcome! Login or create an account. Learn why

**FREE SHIPPING** on select toy orders of $49 or more! SEE DETAILS >

Home > Kids' Room & Fashion > Girls' World > Room Décor



### Disney Hannah Montana Singing Poster - Bigger Than Us
By: Play Along

List Price $9.99
**Our Price: $4.98**

Print Page

**Buy Online**

In stock
usually leaves warehouse in 2 - 3 full bus. days - (details)

**Average Customer Rating**
(4 Ratings)
Rate and Review this Item
Read 4 Reviews

**Quantity** 1

ADD TO CART

Our Recommended Age: 3 - 7 years (details)
Manufacturer's Age 3 - 7 years

**Find it In Stores**
Locate a store near you

$ Free Shipping Credit Up to $15 for NEW Bill Me Later Customers. Plus up to 90 days to pay! - (Details)



- 
  - o
- Email signup
- My account
- Help
- Find great baby products at Babies R Us

- Baby Registry
- Wish Lists
- Rewards R Us
- Gift Cards
- Geoffrey's Birthday Club
- Store Locator

- o Free Shipping Store Halloween Costumes Action Figures Science Fiction & Fantasy Sports Figures TV & Movie Figures More >> Arts & Crafts Baby Toys Bikes, Scooters & Riding Toys Bikes Powered Riding Toys Riding Toys & Wagons Scooters More >> Books, Music & DVD Books Music Movies & TV
- o Building Sets & Blocks Collectibles Dolls & Stuffed Animals Fashion Dolls Dollhouses More >> Electronics Digital Picture Frames Video Audio More >> Games & Puzzles Learning Electronic Learning Science & Discovery More >> Kids' Room & Fashion Girls' World Eco-Friendly Furniture Sofas & Lounges More >>
- o Musical Instruments Outdoor Play Backyard Play Gym Sets Slides & Swings Trampolines More >> Party Supplies Pet Supplies Preschool Pretend Play & Dress-Up Dress-Up / Costumes Kitchens & Play Food More >> Specialty Toys European & International Toys Eco-Friendly Toys More >>
- o Sporting Goods Vehicles & Remote Control Play Vehicles Radio & Remote Control Trains & Train Sets More >> Video Games Nintendo Wii Nintendo DS Xbox 360

**BABIES R US**
Looking for baby products?
Visit Babies "R" Us for all your newborn infant and toddler needs. Go now ▸

PlayStation 3 Sony PSP More >> Mom's Favorites Other Toys

- o Birth - 12 Months 12 - 24 Months 2 Years 3 - 4 Years 5 - 7 Years 8 - 11 Years 12 - 14 Years Big Kids
- o Barbie Bratz Cheetah Girls Disney Fairies Disney Pixar's Cars The Movie Hannah Montana High School Musical Iron Man Speed Racer Spider-Man
- o Transformers iCarly Batman Ben 10 Dora the Explorer Star Wars Thomas & Friends See All >>
- o Banzai Cheetah Girls First Act Fisher-Price Hasbro Games Hot Wheels John Deere K'Nex LEGO LeapFrog
- o Little Tikes McFarlane Sports McFarlane Toys Melissa and Doug Nerf Nickelodeon Playskool Shining Stars See All >>
- o ToysRUs Exclusives Clearance Award Winners

0
items

| All Products ▼ |                | GO! |

Welcome! Login or create an account. Learn why

**FREE SHIPPING** on select toy orders of $49 or more!    SEE DETAILS ▸

Home > Kids' Room & Fashion > Girls' World > Room Décor



Q Larger Image

### Disney Hannah Montana Singing Poster - Make Some Noise
By: Play Along

Print Page

List Price $9.99
**Our Price: $4.98**

**Buy Online**

In stock
usually leaves warehouse in 2 - 3 full bus. days. - (details)

**Average Customer Rating**

(2 Ratings)

Rate and Review this Item

Read 2 Reviews

Quantity |1|

ADD TO CART    ADD TO BABY REGISTRY ▸
                ADD TO WISH LIST ▸

Our Recommended Age: 3 - 7 years (details)
Manufacturer's Age  3 - 7 years

**Find it In Stores**

Locate a store near you