# EXHIBIT E



Buy Fast. Feel Secure.*    No Payments until February 2009  ☑BillMeLater   Subject to credit approval. See Full Details



🔍 VIEW LARGER

(0 Ratings)

Write a Review

**Cheetah Girls Singing Concert Scene: " Amigas Cheetahs"**
by Play Along

IN STOCK

**Price: $12.99**

Usually leaves warehouse within 1-2 business days
**Estimated Delivery Date**

Age: 6+ years

OR
▶ **Add to Wish List**
(We'll help you create one)

## Description

Hang this funky little item on the wall, push the button and listen to a rockin' tune from The Cheetah Girls. Device plays "Amigas Cheetahs." Requires 4 "AG13" batteries, included. Measures 13" x 8"

Item Number: 351582D                     📧 Email a Friend

## Product Details

Package Weight: .45 pounds
Package Dimensions: 15" x 9.31" x 1.1"
Batteries: Not Applicable
Gift Wrap: Available at Checkout

## Product Warning

⚠️  The following product warning(s) are shown exactly as they appear on the item's packaging. Sorry, no additional product warning information is available.

WARNING: CHOKING HAZARD Small Parts Not for children under 3 years
WARNING: CHOKING HAZARD

**Other Similar Items:**

 Cheetah Girls Singing Concert Scene "Do Your Own Thing"
Price: $12.99

 Cheetah Girls Singing Concert Scene "Party's Just Begun"
Price: $12.99

 Disney Princess Mural Wall Stickers
Sale Price: $19.99

 Blossom and Bee Cork Board
Price: $19.99

 Funky Flower Cork Board
Price: $19.99



**PRODUCT REVIEWS SUMMARY** (Powered by PowerReviews.com)

Be the first to review this product. Write a Review

**Category** Kid's Room Decor > Decor > Posters and Wall Decorations
**Manufacturer** Play Along

Discounts shown reflect savings off of regular prices. Offers not valid on previous orders.
Copyright © 2008 eToys Direct Inc. All rights reserved. "KBtoys.com" is a trademark of KB Holdings LLC. Terms of Use



Buy Fast Feel Secure*   No Payments until February 2009   ☑BillMeLater   Subject to credit approval. See Full Details



🔍 VIEW LARGER

(0 Ratings)
Write a Review

**Cheetah Girls Singing Concert Scene: " Do Your Own Thing"**
by Play Along

IN STOCK

**Price: $12.99**

Usually leaves warehouse within 1-2 business days
**Estimated Delivery Date**

Age: 6+ years

OR
▸ **Add to Wish List**
(We'll help you create one)

## Description

Hang this funky little item on the wall, push the button and listen to a rockin' tune from The Cheetah Girls. Device plays "Do Your Own Thing!" Requires 4 "AG13" batteries, included. Measures 13" x 8"

**Item Number:** 351582C                                    ✉ Email a Friend

## Product Details

Package Weight:  .45 pounds
Package Dimensions:  15" x 9.31" x 1.1"
Batteries:  Not Applicable
Gift Wrap:  Available at Checkout

## Product Warning



The following product warning(s) are shown exactly as they appear on the item's packaging. Sorry, no additional product warning information is available.

WARNING: CHOKING HAZARD Small Parts Not for children under 3 years
WARNING. CHOKING HAZARD

**Other Similar Items:**


Cheetah Girls Singing Concert Scene "Party's Just Begun"

Price: $12.99


Cheetah Girls Singing Concert Scene: " Amigas Cheetahs"

Price: $12.99


Disney Princess Mural Wall Stickers

Sale Price: $19.99


Blossom and Bee Cork Board

Price: $19.99


Funky Flower Cork Board

Price: $19.99

**PRODUCT REVIEWS SUMMARY** (Powered by PowerReviews.com)

Be the first to review this product. Write a Review

**Category:** Kid's Room Decor > Decor > Posters and Wall Decorations
**Manufacturer:** Play Along

Discounts shown reflect savings off of regular prices. Offers not valid on previous orders
Copyright © 2008eToys Direct Inc. All rights reserved. "KBtoys.com" is a trademark of KB Holdings LLC. Terms of Use



Buy Fast. Feel Secure.    No Payments until February 2009  BillMeLater   Subject to credit approval   See Full Details



**Cheetah Girls Singing Concert Scene: "Party's Just Begun"**
by Play Along

IN STOCK

**Price: $12.99**

Usually leaves warehouse within 1-2 business days
Estimated Delivery Date

VIEW LARGER

Age: 6+ years

(0 Ratings)
Write a Review


OR
▸ **Add to Wish List**
(We'll help you create one)

### Description

Hang this funky little item on the wall, push the button and listen to a rockin' tune from The Cheetah Girls. Device plays "The Party's Just Begun!" Requires 4 "AG13" batteries, included. Measures 13" x 8"

Item Number: 351582B

Email a Friend

### Other Similar Items:


Cheetah Girls Singing Concert Scene: " Amigas Cheetahs"

Price: $12.99


Cheetah Girls Singing Concert Scene: " Do Your Own Thing"

Price: $12.99


Disney Princess Mural Wall Stickers

Sale Price: $19.99


Blossom and Bee Cork Board

Price: $19.99


Funky Flower Cork Board

Price: $19.99

### Product Details

- Package Weight: 45 pounds
- Package Dimensions: 15" x 9 31" x 1 1"
- Batteries: Not Applicable
- Gift Wrap: Available at Checkout

### Product Warning

 The following product warning(s) are shown exactly as they appear on the item's packaging. Sorry, no additional product warning information is available.

WARNING: CHOKING HAZARD Small Parts Not for children under 3 years
WARNING: CHOKING HAZARD

**PRODUCT REVIEWS SUMMARY** (Powered by PowerReviews.com)

Be the first to review this product. Write a Review

**Category:** Kid's Room Decor > Decor > Posters and Wall Decorations
**Manufacturer:** Play Along

Discounts shown reflect savings off of regular prices. Offers not valid on previous orders
Copyright © 2008 eToys Direct, Inc. All rights reserved. "KBtoys.com" is a trademark of KB Holdings, LLC. Terms of Use