# EXHIBIT F

Hello, Julie L. O'Dell. We have recommendations for you. (Not Julie?)　Get FREE Two-Day Shipping Now

Julie's Amazon.com　Today's Deals　Gifts & Wish Lists　Gift Cards　Your Account | Help

Baby

Baby | Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | Feeding | Gear | Health & Safety | Nursery | Toys | Baby Registry | Sales & Specials

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but millions of other items are. **Try Amazon Prime for FREE today**.



Share your own customer images

## Cheetah Girls Singing Concert Scene: " Do Your Own Thing"
Other Play Along products
No customer reviews yet. Be the first.

Price: **$12.99**

**In Stock.**
Ships from and sold by **Baby Universe**.

**3 used & new** available from $12.99

**$12.99** + $4.37 shipping
In Stock. Ships from and sold by
**Baby Universe**

Quantity: 1

or
Sign in to turn on 1-Click ordering.

**More Buying Choices**

**Dreamtime Baby**
**$12.99** + $4.37 shipping
In Stock

**eToys**
**$12.99** + $4.37 shipping
In Stock

**3 used & new** from $12.99

Get it for less!
Have one to sell?

## Product Details
**Product Dimensions:** 1.1 x 9.3 x 15 inches ; 7.2 ounces
**Shipping Weight:** 7.2 ounces (View shipping rates and policies)
**ASIN:** B0017VS17K
**Average Customer Review:** No customer reviews yet. Be the first.
**Amazon.com Sales Rank:** #148,611 in Home & Garden (See Bestsellers in Home & Garden)

Would you like to **give feedback on images**?

## Product Description
**Product Description**
Hang this funky little item on the wall, push the button and listen to a rockin' tune from The Cheetah Girls. Device plays "Do Your Own Thing!" Requires 4 "AG13" batteries, included. Measures 13" x 8".

Share with Friends

## Related Items from External Websites (What's this?)
Cheetah Girls Singing Concert Scene - "Do Your Own Thing"
HSN　**$12.95** + $5.95 Estimated Shipping

Hot Pink Cheetah Wall Art
RosenberryRooms　**$40.00** No Shipping Info

Cheetah Girls Singing Concert Scene - "Amigas Cheetahs"
HSN　**$12.95** + $5.95 Estimated Shipping

See a problem with these offers? Let us know　Sellers: Learn how to list here

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)
**Cheetah Girls** Tickets
www.Ticketstub.com　New Lowered Pricing Same Inventory! Fedex Delivery or Local Pick Up.

Hello, Julie L. O'Dell. We have recommendations for you. (Not Julie?)          Get FREE Two-Day Shipping Now ⊡

Julie's Amazon com          Today's Deals          Gifts & Wish Lists          Gift Cards          Your Account | Help

Home & Garden          ▾

Home & Garden          Browse Brands & Products    Bestsellers    Bedding & Bath    Vacuums    Kitchen & Dining    Patio & Garden    Outlet    Gift Ideas

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but millions of other items are. **Try Amazon Prime for FREE today.**



See larger image
Share your own customer images

## Cheetah Girls - Amigas Cheetahs Singing Poster

Other products by Cheetah Girls
No customer reviews yet. Be the first.

List Price ~~$14.99~~
Price: **$12.99**
You Save: $2.00 (13%)

**In Stock.**
Ships from and sold by **TOYWIDE**.

Only 1 left in stock--order soon.

**$12.99** + $5 79 shipping
In Stock. Ships from and sold by
**TOYWIDE**

Quantity: 1 ▾

or
Sign in to turn on 1-Click ordering.

**More Buying Choices**

Get it for less!

Have one to sell?

⌁ Share with Friends

## Product Features

- Some pictures say a thousand words, but this one sings!
- # Dimensions: 14 x 5.5 x 2.5 inches
- # Requires 4 x AG 13 button cell batteries, included
- # For ages 6 and up

## Product Details

**Product Dimensions:** 14 x 5.5 x 2.5 inches ; 4.8 ounces
**Shipping Weight:** 4.8 ounces (View shipping rates and policies)
**ASIN:** B000WIUZN2
**Manufacturer Recommended Age:** 8 - 11 years
**Amazon.com Sales Rank:** #191,971 in Toys & Games (See Bestsellers in Toys & Games)
**Average Customer Review:** No customer reviews yet. Be the first.

Would you like to **give feedback on images**?

## Product Description

### Product Description

If you love the Cheetah Girls, you'll love this awesome Singing Concert Scenes poster! It has a really cool image of the Cheetah Girls with speakers at the bottom. Press the purple button to hear them sing "Amigas Cheetahs."

Cheetah Girls Singing Concert Scene - "Amigas Cheetahs"

Hello, Julie L. O'Dell. **We have** recommendations for you. (Not Julie?)          Get FREE Two-Day Shipping Now ☐

Julie's Amazon.com          Today's Deals          Gifts & Wish Lists          Gift Cards          Your Account     Help

| Baby ▾ |

**Baby**          Browse Categories & Brands | Top Sellers | Strollers | Apparel | Car Seats | Feeding | Gear | Health & Safety | Nursery | Toys | Baby Registry | Sales & Specials

You qualify for a FREE trial of Amazon Prime

**This item is not eligible for Amazon Prime, but millions of other items are. Try Amazon Prime for FREE today.**



Share your own customer images

## Cheetah Girls Singing Concert Scene: "Party's Just Begun"
Other Play Along products
No customer reviews yet. Be the first.

Price: **$12.99**

**In Stock.**
Ships from and sold by **Baby Universe**.

**4 used & new** available from $12.99

**$12.99** + $4.37 shipping
In Stock. Ships from and sold by
**Baby Universe**

Quantity: 1 ▾

**or**
Sign in to turn on 1-Click ordering.

### More Buying Choices

**eToys**
**$12.99** + $4.37 shipping
In Stock

**Dreamtime Baby**
**$12.99** + $4.37 shipping
In Stock

**Toy Ranch**
**$19.99** & eligible for FREE Super Saver Shipping on orders over $25  Details
In Stock

**4 used & new** from $12.99

Get it for less!

Have one to sell?

## Product Details

**Product Dimensions:** 1.1 x 9.3 x 15 inches ; 7.2 ounces

**Shipping Weight:** 7.2 ounces (View shipping rates and policies)

**ASIN:** B000VHOC9M

**Average Customer Review:** No customer reviews yet. Be the first.

**Amazon.com Sales Rank:** #656,427 in Home & Garden (See Bestsellers in Home & Garden)

Would you like to **give feedback on images**?

## Product Description

**Product Description**
Hang this funky little item on the wall, push the button and listen to a rockin' tune from The Cheetah Girls. Device plays "The Party's Just Begun!" Requires 4 "AG13" batteries, included. Measures 13" x 8".

☐ Share with Friends

## Related Items from External Websites (What's this?)

Cheetah Girls Singing Concert Scene - "Amigas Cheetahs"
**HSN   $12.95** + $5.95 Estimated Shipping

Hot Pink Cheetah Wall Art
**RosenberryRooms   $40.00** No Shipping Info

Cheetah Girls Singing Concert Scene - "Party's Just Begun"
**HSN   $12.95** + $5.95 Estimated Shipping

See a problem with these offers? Let us know          Sellers: Learn how to list here

**Cheetah Girls** Party Stuff

Hello, Julie L. O'Dell. We have recommendations for you. (Not Julie?)　　Get FREE Two-Day Shipping Now ☐

Julie's Amazon com　　Today's Deals　　Gifts & Wish Lists　　Gift Cards　　Your Account | Help

| Home & Garden ▾ |

Home & Garden　　Browse Brands & Products　Bestsellers　Bedding & Bath　Vacuums　Kitchen & Dining　Patio & Garden　Outlet　Gift Ideas

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but millions of other items are. **Try Amazon Prime for FREE today**.



See larger image

Share your own customer images

# Cheetah Girls - Do Your Own Thing Singing Poster

Other products by Cheetah Girls

★★★　～ (1 customer review)

List Price: ~~$14.99~~

Price: **$7.49**

You Save: $7.50 (50%)

**In Stock.**

Ships from and sold by **Ty's Toy Box**.

Only 2 left in stock--order soon.

**3 used & new** available from $7.49

**$7.49** + $4 84 shipping
In Stock. Ships from and sold by **Ty's Toy Box**

**Quantity:** 1 ▾

or

Sign in to turn on 1-Click ordering.

**More Buying Choices**

**TOYWIDE**
**$9.99** + $5 79 shipping
In Stock

**Toy Ranch**
**$16.99** & eligible for FREE Super Saver Shipping on orders over $25  Details
In Stock

**3 used & new** from $7.49

Get it for less!

Have one to sell?

✉ Share with Friends

## Product Features

- # Dimensions: 14 x 5.5 x 2.5 inches
- # Requires 4 x AG 13 button cell batteries, included
- Ages 6 and up

## Product Details

**Product Dimensions:** 14 x 5.5 x 2.5 inches ; 4.8 ounces

**Shipping Weight:** 4.8 ounces (View shipping rates and policies)

**ASIN:** B000WIUV8Q

**Manufacturer Recommended Age:** 8 - 11 years

**Amazon.com Sales Rank:** #126,687 in Toys & Games (See Bestsellers in Toys & Games)

**Average Customer Review:** ★★★ ～ (1 customer review)

Would you like to **give feedback on images**?

## Product Description

**Product Description**

If you love the Cheetah Girls, you'll love this awesome Singing Concert Scenes poster! It has a really cool image of the Cheetah Girls and speakers at the bottom. Press the purple button to hear them sing "Do Your Own Thing."

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

Toys & Games ▼

**Toys & Games**          Browse Categories & Characters   Bestsellers   Hot New Releases   Building Sets   Dolls   Electronics For Kids   Games   Preschool   Baby   Toys Outlet



## Hannah Montana - Singing Poster ""Life's What You Make It"
Other products by Hannah Montana
No customer reviews yet. Be the first

Price  **$14.95** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**In Stock.**
Sold by **Pretendtimetoys** and **Fulfilled by Amazon**.

**Want it delivered Monday, October 20?** Order it in the next 8 hours and 8 minutes, and choose **One-Day Shipping** at checkout. See details

**2 used & new** available from $14.90

See larger image
Share your own customer images


For a limited time, spend $25 on Toys and get a 2-year subscription to Cookie Magazine.

**Quantity:** [1 ▼]

**or**
Sign in to turn on 1-Click ordering.
**or**

**Add to Cart with**

Amazon Prime Free Trial required. Sign up when you check out. Learn More

**More Buying Choices**

**2 used & new** from $14.90

**Get it for less!**
Have one to sell?

## Frequently Bought Together
Customers buy this item with Hannah Montana - Singing Poster "Make Some Noise" by Play Along

 +      **Price For Both:**

☐ Share with Friends

## Customers Who Bought This Item Also Bought

Julie's Amazon com        Today's Deals        Gifts & Wish Lists        Gift Cards        Your Account | Help

Toys & Games ▾

| Toys & Games | Browse Categories & Characters | Bestsellers | Hot New Releases | Building Sets | Dolls | Electronics For Kids | Games | Preschool | Baby | Toys Outlet |



See larger image

Share your own customer images

# Hannah Montana - Singing Poster "Make Some Noise"

Other products by Hannah Montana

No customer reviews yet. Be the first.

Price: **$14.95** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

### In Stock.

Sold by **Pretendtimetoys** and **Fulfilled by Amazon**.

**Want it delivered Monday, October 20?** Order it in the next 8 hours and 3 minutes, and choose **One-Day Shipping** at checkout. See details



For a limited time, spend $25 on Toys and get a 2-year subscription to Cookie Magazine.

Quantity: 1 ▾

or

Sign in to turn on 1-Click ordering.

or

Add to Cart with

**Amazon Prime Free Trial required. Sign up when you check out.** Learn More

**More Buying Choices**

Get it for less!

Have one to sell?

## Frequently Bought Together

Customers buy this item with Hannah Montana - Singing Poster ""Life's What You Make It" by Play Along

 + 

**Price For Both: $29.90**

Add both to Cart

☑ Share with Friends

## Customers Who Bought This Item Also Bought

Hannah Montana - One in a Million



Hello, Julie L. O'Dell. We have recommendations for you. (Not Julie?)      Get FREE Two-Day Shipping Now ☐

Julie's Amazon.com          Today's Deals      Gifts & Wish Lists      Gift Cards          Your Account | Help

Toys & Games ☑

| Toys & Games | Browse Categories & Characters | Bestsellers | Hot New Releases | Building Sets | Dolls | Electronics For Kids | Games | Preschool | Baby | Toys Outlet |
|---|---|---|---|---|---|---|---|---|---|---|

## Hannah Montana: "Pumpin' Up the Party" Singing Poster

Other products by Hannah Montana
★★★★★ ∨ (1 customer review)

Price: **$47.99** & this item ships for **FREE with Super Saver Shipping.** Details

**In Stock.**
Sold by **dallas_texas_media** and **Fulfilled by Amazon**.

Only 5 left in stock--order soon.

**Want it delivered Monday, October 20?** Order it in the next 6 hours and 7 minutes, and choose **One-Day Shipping** at checkout. See details

**5 used & new** available from $14.98

For a limited time, spend $25 on Toys and get a 2-year subscription to Cookie Magazine.

See larger image
Share your own customer images

Quantity: 1 ▾

or
Sign in to turn on 1-Click ordering.
or

Add to Cart

Amazon Prime Free Trial required. Sign up when you check out. Learn More

**More Buying Choices**
**5 used & new** from $14.98

Get it for less!
Have one to sell?

## Frequently Bought Together

Customers buy this item with Hannah Montana: "Who Said" Singing Poster by HANNAH MONTANA

 + 

**Price For Both: $67.98**

☑ Share with Friends

## Customers Who Bought This Item Also Bought

Page 1 of 8

      

Back                                                                                                          Next

Hannah Montana 2: Meet Miley Cyrus ~ Hannah Montana
★★★★ (126) $11.99

HANNAH MONTANA SINGING POSTER IF WE WERE A MOVIE
★★★ (1) $16.99

Hannah Montana Girl Talk
★★★★ (5) $14.99

Hannah Montana Large Musical Brush

Hannah Montana - In Concert Collection - "Best of Both Worlds"
★★★★ (19) $41.54

## Product Features

- Decorate your wall, locker, or bedroom and hear Hannah Montana anytime you want
- plays the hit song "Pumpin' Up the Party"!
- Press the button at the bottom to hear Hannah sing over and over again!

Hello, Julie L. O'Dell. We have recommendations for you. (Not Julie?)      FREE 2-Day Shipping, No Minimum Purchase [·]

Julie's Amazon.com      Today's Deals      Gifts & Wish Lists      Gift Cards      Your Account ¦ Help

| Toys & Games | ▼ |

**Toys & Games**      Browse Categories & Characters      Bestsellers      Hot New Releases      Building Sets      Dolls      Electronics For Kids      Games   Preschool   Baby      Toys Outlet

You qualify for a FREE trial of Amazon Prime

This item is not eligible for Amazon Prime, but millions of other items are. **Try Amazon Prime for FREE today**.



See larger image

Share your own customer images

# HANNAH MONTANA SINGING POSTER IF WE WERE A MOVIE
by Disney

★★★   ⌄ (1 customer review)

Price. **$16.99**

**In Stock.**
Ships from and sold by **Family Fun Shoppe LTD**.

Only 3 left in stock--order soon.

**6 used & new** available from $16.98



For a limited time, spend $25 on Toys and get a 2-year subscription to Cookie Magazine.

**$16.99** + $6.54 shipping
In Stock. Ships from and sold by **Family Fun Shoppe LTD**

**Quantity:** | 1 ▼ |

**or**
Sign in to turn on 1-Click ordering.

**More Buying Choices**

**dallas_texa...**
**$49.99** & this item ships for FREE with Super Saver Shipping. Details
In Stock

**6 used & new** from $16.98

Get it for less!

Have one to sell?

[·] Share with Friends

## Frequently Bought Together

 +  + 

**Price For All Three: $71.97**

☑ **This item:** HANNAH MONTANA SINGING POSTER IF WE WERE A MOVIE by Disney
☑ Hannah Montana: "Pumpin' Up the Party" Singing Poster by Play Along
☑ Hannah Montana Large Musical Brush by Jazwares

## Customers Who Bought This Item Also Bought

Page 1 of 4



Back







Next

Hannah Montana 2: Meet Miley Cyrus ~ Hannah Montana
★★★☆ (126) $11.99

Hannah Montana - Life's What You Make It DVD ~ Miley Cyrus
★★★★ (11) $13.99

High School Musical 2 (Extended Edition) DVD ~ Zac Efron
★★★★☆ (137) $19.99

Disney Hannah Montana Mattel DVD Game
★☆ (6) $13.88

Hannah Montana Large Musical Brush

## Product Features

- Decorate your wall, locker, or bedroom and hear Hannah Montana anytime you want
- Press the button at the bottom to hear Hannah sing over and over again!

Hello, Julie L O'Dell. We have recommendations for you. (Not Julie?)          Get FREE Two-Day Shipping Now ⊡

Julie's Amazon com          Today's Deals          Gifts & Wish Lists          Gift Cards          Your Account | Help

| Toys & Games | ▾ |

| Toys & Games | Browse Categories & Characters | Bestsellers | Hot New Releases | Building Sets | Dolls | Electronics For Kids | Games | Preschool | Baby | Toys Outlet |

**You qualify for a FREE trial of Amazon Prime**

**This item is not eligible for Amazon Prime, but millions of other items are. Try Amazon Prime for FREE today.**



Share your own customer images

## Hannah Montana: "Who Said" Singing Poster

Other products by Disney
No customer reviews yet. Be the first.

Price **$19.99**

**In stock.**

**$19.99** + $12 50 shipping
In stock. Processing takes an additional 3 to 4 days. Ships from and sold by **Twinkle's Toy Shoppe**

Quantity: 1 ▾

**or**

Sign in to turn on 1-Click ordering.

**More Buying Choices**

**dallas_texa...**
**$39.99** & this item ships for FREE with Super Saver Shipping Details
In Stock

**4 used & new** from $14.75

Get it for less!

Have one to sell?

## Frequently Bought Together

Customers buy this item with Hannah Montana: "Pumpin' Up the Party" Singing Poster by Play Along

✉ Share with Friends

## Customers Who Bought This Item Also Bought



Hello, Julie L. O'Dell. We have recommendations for you. (Not Julie?)     Get FREE Two-Day Shipping Now

Julie's Amazon com        Today's Deals       Gifts & Wish Lists       Gift Cards       Your Account | Help

Home & Garden    ▼

Home & Garden        Browse Brands & Products    Bestsellers    Bedding & Bath    Vacuums    Kitchen & Dining    Patio & Garden    Outlet    Gift Ideas



See larger image

Share your own customer images

## Hannah Montana - Home Decor - Singing Poster "Bigger Than Us"

Other products by Hannah Montana

No customer reviews yet. Be the first.

Price **$14.95** & eligible for **FREE Super Saver Shipping** on orders over $25. Details

**In Stock.**
Sold by **Pretendtimetoys** and **Fulfilled by Amazon**.

**Want it delivered Monday, October 20?** Order it in the next , and choose **One-Day Shipping** at checkout. See details

**2 used & new** available from $13.99



**Quantity:** 1

or

Sign in to turn on 1-Click ordering.

or

Add to Cart

Amazon Prime Free Trial required. Sign up when you check out. Learn More

**More Buying Choices**

**Ty's Toy Box**
**$13.99** + $4 84 shipping
In Stock

**2 used & new** from $13.99

Get it for less!

Have one to sell?

## Frequently Bought Together

Customers buy this item with Hannah Montana - Singing Poster ""Life's What You Make It" by Play Along

 **+**

**Price For Both: $29.90**

Share with Friends

## Customers Who Bought This Item Also Bought



Hannah Montana - Singing Poster ""Life's What You Make It"

## Product Features

- Hear Hannah sing and talk with this awesome poster
- Plays lines from Miley Cyrus' hit show Hannah Montana as well as her song "Bigger Than Us"
- Requires 4 x AG 13 button cell batteries, included

## Product Details