# EXHIBIT I

Dockets.Justia.com









WINTERLAND