EXHIBIT J

# ToysRUs | BabiesRUs



**Billing Address:**
Julie Bryan
5003 Horizons Drive
Suite 101
Columbus, OH 43220

**Shipping Address:**
Julie Bryan
5003 Horizons Drive
Suite 101
Columbus, OH 43220

**Returns Address**
ToysRus.com Return Center
2829 Rohr Rd.
Groveport, OH 43125

Order Date: 08/19/08
Pickticket#: H119327601
Wave #: 20080820002

## TWR 120

| Your Order of | | Customer Order Number | | | |
|---|---|---|---|---|---|
| 08/19/08 | | 9469366634 | | | GW |

### IN THIS SHIPMENT

| Qty | Item | Description | Pick Location | Item Price | Item Total |
|---|---|---|---|---|---|
| 2 | 82D8C355 | (8865278 – SKN) 6872032001986 Hannah Montana Singing Poster – Bigger Than Us – Play Along | 2A2 – 003D14 | $ 6.98 | $ 13.96 |
| 2 | 82D8C455 | (8865278 – SKN) 6872032001979 Hannah Montana Singing Poster – Make Some Noise – Play Along | 2B1 – 008C10 | $ 6.98 | $ 13.96 |

★ This Shipment completes your order

### RETURNS MADE EASY

1. Include a copy of the packing slip and mark the reason for the return. Returns without packing slips will not be able to be processed and will be returned.
2. Send the item in its original packaging.
3. Pack the item carefully so that it will not be damaged during the shipping process.
4. Use a secure shipping method to send the item so that it can be tracked. TRU is not responsible for items lost during shipping.
5. Affix the pre addressed return label below to the package front.

### Instructions for returning an item to the store

Most items purchased from ToysRUs.com/BabiesRUs.com can be returned to your local Toys "R" Us or Babies "R" Us store for merchandise credit. Since inventory varies by store, please call your local store to confirm whether the item you purchased is returnable prior to visiting the store. For the number of your nearest store, please visit www.ToysRUs.com and click on the store locator, or call 1-800-869-7787 and a customer service representative will be happy to assist you.

### Reason for Return (check one box)

☐ Changed my mind / Didn't like
☐ Item arrived damaged
☐ Item is defective
☐ Received wrong item / size
☐ Ordered wrong item / size / item didn't fit
☐ Not as pictured
☐ Arrived too late

★ Please attach the address label below to the return shipment:

**Ship To:**
ToysRus.com Return Center
2829 Rohr Rd.
Groveport, OH 43125

4

2000 – 0000 – 4143 – 5533

2000 – 0000 – 4143 – 55

