# EXHIBIT K



# THE UNITED STATES OF AMERICA

TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 12, 1999

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE ASSIGNMENT RECORDS OF ALL DOCUMENTS FOUND OF RECORD AS OF THE DATE OF THIS CERTIFICATION FOR:

APPLICATION NUMBER: 08/402,195
FILING DATE: March 10, 1995
PATENT NUMBER: 5,548,272
ISSUE DATE: August 20, 1996



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

MARGARET BASHFORD
Certifying Officer

```
PATENT NUMBER:   5548272                    ISSUE  DATE: 08/20/96
SERIAL NUMBER: 08/402195                    FILING DATE: 03/10/95
RELATED PATENT NUMBERS: 5710422
TITLE: TALKING POSTER
APPLICANT: CLARK, AARON D.


REEL: 7975   FRAME: 0614   DATE RECORDED: 04/03/96   NUMBER OF PAGES: 003
ASSIGNOR: CLARK, AARON D.
                   EXC DATE: 03/29/96
ASSIGNEE: INOTREND, INC.
          6453 HELM COURT
          REYNOLDSBURG, OHIO 43068


BRIEF:
ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).
RETURN ADDRESS:   STANDLEY & GILCREST
                  JEFFREY S. STANDLEY
                  555 METRO PLACE NORTH
                  SUITE 500
                  DUBLIN, OH  43017

                                               04/12/99 07:41
  YOU HAVE MORE SCREENS, PRESS THE ASGNR KEYS & SEND FOR NEXT SCREEN

REEL: 9648   FRAME: 0344   DATE RECORDED: 12/21/98   NUMBER OF PAGES: 004
ASSIGNOR: INOTREND, INC.
                   EXC DATE: 04/12/98
ASSIGNEE: CLARK, AARON D.
          7877 OAK VALLEY DRIVE
          REYNOLDSBURG, OHIO 43068


BRIEF:
ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).
RETURN ADDRESS:   STANDLEY & GILCREST
                  JEFFREY S. STANDLEY
                  495 METRO PLACE SOUTH, SUITE 210
                  DUBLIN, OH 43017-5100

REEL: 9648   FRAME: 0348   DATE RECORDED: 12/21/98   NUMBER OF PAGES: 004
ASSIGNOR: CLARK, AARON D.
                   EXC DATE: 12/15/98


                                               04/12/99 07:41
```

ASSIGNEE: CLARK, AARON D.
7877 OAK VALLEY DRIVE
REYNOLDSBURG, OHIO 43068

PEIRANO, JOHN K.
1109 ST. AGNES AVENUE
COLUMBUS, OHIO 43204

BRIEF:
ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).
RETURN ADDRESS: STANDLEY & GILCREST
JEFFREY S. STANDLEY
495 METRO PLACE SOUTH
SUITE 210
DUBLIN, OHIO 43017-5315

NO MORE INFORMATION FOR THIS PATENT NUMBER    04/12/99 07:41