IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AARON CLARK,

                Plaintiff,

    V.                                    CASE NO. C2-08-982
                                           JUDGE EDMUND A. SARGUS, JR.
                                           MAGISTRATE JUDGE MARK R. ABEL

THE WALT DISNEY COMPANY, et al.,

                Defendants.

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

10-20-2008
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com