# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Aaron Clark,**

    **Plaintiff,**

  **v.**                  **Case No. 2:08-cv-0982**
                               **JUDGE SMITH**

**The Walt Disney Company,** *et al.***,**

    **Defendants.**

## ORDER

The undersigned Judge hereby **RECUSES** himself from further participation in this case.

The Clerk shall reassign this case to another Judge in this Division.

**IT IS SO ORDERED.**

**DATE: October 20, 2008**            */s/ George C. Smith*
                                          **GEORGE C. SMITH, JUDGE**
                                          **UNITED STATES DISTRICT COURT**