IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRIC OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AARON CLARK, | : | |
| *Plaintiff,* | : | |
| v. | : | Case No. 2:08CV982 |
| | : | |
| THE WALT DISNEY COMPANY, JAKKS PACIFIC, INC., PLAY ALONG TOYS, KB TOYS, AMAZON.COM and TOYS 'R US | : : : : | Judge Holschuh Magistrate Judge Abel |
| *Defendants.* | : | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**AGAINST DEFENDANT AMAZON.COM**

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i), Plaintiff Aaron Clark ("Plaintiff"), by and through his attorneys, hereby gives notice that he is voluntarily dismissing, without prejudice, his Complaint against Defendant Amazon.com. This Notice of Voluntary Dismissal Without Prejudice applies only to Defendant Amazon.com. All other claims asserted by Plaintiff against the remaining Defendants shall remain pending for resolution by this Court.

Dated: December 12, 2008

Respectfully submitted,

/s/ Brian E. Dickerson_____
Brian E. Dickerson      (0069227)
Lead Trial Attorney
Sharlene I. Chance     (0070999)
Kevin R. Conners        (0042012)
**THE DICKERSON LAW GROUP, P.A.**
5003 Horizons Drive, Suite 101
Columbus, OH 43220
Telephone: (614) 339-5370
Facsimile: (614) 442-5942
bdickerson@dickerson-law.com
schance@dickerson-law.com
kconners@dickerson-law.com
***Attorneys for Plaintiff Aaron Clark***

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system upon counsels of record.

/s/ Sharlene I. Chance_____
Sharlene I. Chance     (0069227)
***Attorney for Plaintiff Aaron Clark***