IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

DEC 17 PM 2:28

| | | |
|---|---|---|
| Clark | : | |
|    Plaintiff, | : | Case No. 2:08 cv 982 |
| -vs- | : | District Judge Sargus |
| | | Magistrate Judge Abel |
| The Walt Disney Company, et al. | : | |
|    Defendant. | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S. D. Ohio Civ. R. 83.4(c), __Michael Lueder__, trial attorney for __Defendants__ in the above-captioned action, hereby moves the court to admit __Grant Kinsel__ pro hac vice to appear and participate as counsel or co-counsel in this case for __Defendants__.

Movant represents that __Grant Kinsel__ is a member in good standing of the highest court of __California__ as attested by the accompanying certificate from that court and that __Grant Kinsel__ is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

__Grant Kinsel__ understands that, unless expressly excused, he or she must register for electronic filing with this Court promptly upon the granting of this Motion.

__Grant Kinsel__'s relevant identifying information is as follows:

Business telephone __213.972-4615__    Business fax __213.486.0065__
Business address __555 So. Flower Street, 36th Floor__
                    __Los Angeles, CA 90071__

Business e-mail address    __gkinsel@foley.com__

*/s/ Michael Lueder*
Michael Lueder

Trial attorney for __Defendants__



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

May 12, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GRANT EDWARD FINKLE, #172407 was admitted to the practice of law in this state by the Supreme Court of California on December 8, 1994; that at his request, on June 24, 1998, his name was changed to GRANT EDWARD KINSEL on the records of the State Bar of California; that he has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records