# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **AARON CLARK,** <br><br> Plaintiff, <br><br> v. <br><br> **THE WALT DISNEY COMPANY; JAKKS PACIFIC, INC.; PLAY ALONG TOYS; KB TOYS; AMAZON.COM; and TOYS 'R US,** <br><br> Defendants. | Case No. 2:08CV982 |

## STIPULATION TO CONTINUE RESPONSE DATE

Pursuant to L.R. 6.1, JAKKS Pacific, Inc., Play Along Toys, KB Toys, and Toys "R" Us (collectively "Defendants"), on the one hand, and Plaintiff Aaron Clark ("Plaintiff"), on the other, hereby stipulate to continue the last day for each of the above-referenced Defendants to respond to Plaintiff's complaint to January 2, 2008. No prior stipulated extensions, together with the stipulated extension herein, exceed a total of twenty (20) days.

Dated: December 15, 2008                                    Respectfully submitted,

                                                                     /s/
Michael C. Lueder
Foley & Lardner LLP
777 E. Wisconsin Ave.
Milwaukee, WE 53202
Tel: (414) 297-4900
Trial Attorney

Grant Kinsel
(Pro Hac Vice Pending)
Foley & Lardner LLP
555 South Flower St., Suite 3500
Los Angeles, CA 90071
Tel: (213) 972-4500

*Attorneys for JAKKS Pacific, Inc., Play Along Toys, KB Toys, and Toys "R" Us, The Walt Disney Company*

Dated: December 15, 2008                                    Respectfully submitted,

                                                                      /s/
Brian Dickerson
Dickerson Law Group
5003 Horizons Drive, suite 101
Columbus, OH 43220
Tel: (614) 339-5370

Attorneys for Plaintiff Aaron Clark