IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AARON CLARK,                            :

          Plaintiff              :   Civil Action 2:08-cv-982

  v.                                   :   Judge Holschuh

THE WALT DISNEY COMPANY, et al.,        :   Magistrate Judge Abel

          Defendant              :


# ORDER

Defendants' December 17, 2008 motion for the admission of Grant Kinsel as co-counsel *pro hac vice* for Defendants (Doc. 7) is **GRANTED on the condition that, within 15 days of the date of this Order, counsel register for electronic filing. S.D. Ohio Civ. Rule 83.4(c). Counsel should register on-line:**

    **http://www.ohsd.uscourts.gov/cmecfreg.htm**

A log-on and password for electronic filing will be sent out the next business day. The Court will serve all notices and orders on counsel electronically. Additional information about electronic filing may be found at the Court's website:

    http://www.ohsd.uscourts.govcmecf.htm

If counsel should experience any problems registering, he should call Lisa Wright (614-719-3222).

The Court reminds Defendants' counsel that, pursuant to S. D. Ohio Civ. Rule 83.5(c), all electronic signatures must be in the format "s/" followed by the typed name

of the attorney. It further reminds Defendants' counsel, that, pursuant to S. D. Ohio Civ. Rule 83.5(d), where one attorney signs on behalf of another, the full signature of each must appear, because the Court must be able to determine who actually signed a document.

s/Mark R. Abel<br>United States Magistrate Judge