UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **AARON CLARK,** <br><br> Plaintiff, <br><br> v. <br><br> **THE WALT DISNEY COMPANY; JAKKS PACIFIC, INC.; PLAY ALONG TOYS; KB TOYS; AMAZON.COM; and TOYS 'R US,** <br><br> Defendants. | Case No. 2:08CV982 |

**SUGGESTION OF BANKRUPTCY STAY**

TO:  ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that on December 11, 2008, KB Toys, Inc. (the "Debtor"), filed for bankruptcy protection in the United States Bankruptcy Court for Delaware. Honorable Judge Kevin J. Carey presiding.  The matter was assigned Case No. 08-13269-KJC.  Attached hereto as Exhibit "1" is a copy of the bankruptcy petition cover page.  Accordingly, all proceedings in this action against the Debtor must be stayed at the present time.

PLEASE TAKE FURTHER NOTICE that any action taken against the Debtor or property of the bankruptcy estate is automatically stayed pursuant to 11 U.S.C. § 362.

Dated:  January 2, 2008

Respectfully submitted,

By:  /s/ *Michael C. Lueder*
Michael C. Lueder
Foley & Lardner LLP
777 E. Wisconsin Ave.
Milwaukee, WE 53202
Tel:  (414) 297-4900
Trial Attorney

 /s/ *Grant E. Kinsel*
Grant Kinsel
(Pro Hac Vice)
Foley & Lardner LLP
555 South Flower St.,  Suite 3500
Los Angeles, CA  90071
Tel: (213) 972-4500
*Attorneys for JAKKS Pacific, Inc., Play Along Toys, KB Toys, and Toys "R" Us, The Walt Disney Company*
LACA_2069322.1

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule 5.2. Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

Dated: January 2, 2009                                         /s/ Grant E. Kinsel

| | |
|---|---|
| Brian Edward Dickerson<br>The Dickerson Law Group<br>5003 Horizons Drive<br>Suite 200<br>Upper Arlington , OH 43220<br>614-339-5370<br>Fax: 614-442-5942<br>bdickerson@dickerson-law.com<br><br>Kevin R Conners<br>5003 Horizons Drive Suite 101<br>Columbus , OH 43220<br>614-562-5877<br>kevinconners@kevinconners.com<br><br>Sharlene I Chance<br>The Dickerson Law Group<br>5003 Horizons Drive<br>Suite 200<br>Columbus , OH 43220<br>614-339-5370<br>Fax: 614-442-5942<br>schance@dickerson-law.com | Attorneys for Plaintiff Aaron Clark |