# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| AARON CLARK, | : | |
| *Plaintiff,* | : | |
| v. | : | Case No. 2:08CV982 |
| THE WALT DISNEY COMPANY, et al., | : | Judge Holschuh |
| | : | Magistrate Judge Abel |
| *Defendants.* | : | |

## PLAINTIFF AARON CLARK'S UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANTS JAKKS PACIFIC, INC., PLAY ALONG TOYS, AND TOYS 'R US' MOTION TO DISMISS

Plaintiff Aaron Clark ("Plaintiff"), by and through his attorneys, hereby motions this Honorable Court for an additional seven (7) days to respond to Defendants JAKKS Pacific, Inc., Play Along Toys, and Toys 'R Us' ("Defendants") Motion to Dismiss, which was filed on January 2, 2009 (Doc 11). Pursuant to Local Rule 7.2(a)(2), Plaintiff's Memorandum in Opposition is due to be filed on January 23, 2009. If this Motion is granted, Plaintiff's Opposition would be due on January 30, 2009. Plaintiff has consulted with Defendants' counsel, Grant Kinsel, who does not oppose Plaintiff's request.

Dated: January 8, 2009

Respectfully submitted,

/s/ Brian E. Dickerson
Brian E. Dickerson     (0069227)
Sharlene I. Chance     (0070999)
Kevin R. Conners       (0042012)
**THE DICKERSON LAW GROUP, P.A.**
5003 Horizons Drive, Suite 101
Columbus, OH 43220
Telephone: (614) 339-5370
Facsimile: (614) 442-5942
bdickerson@dickerson-law.com
schance@dickerson-law.com
kconners@dickerson-law.com
*Attorneys for Plaintiff Aaron Clark*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system upon counsels of record.

/s/ Sharlene I. Chance_____
Sharlene I. Chance    (0069227)
*Attorney for Plaintiff Aaron Clark*