IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AARON CLARK,                          :

            Plaintiff            :    Civil Action 2:08-cv-982

   v.                                 :    Judge Holschuh

THE WALT DISNEY COMPANY, *et*        :    Magistrate Judge Abel
*al.*,
                                     :
        Defendants.

**ORDER**

This matter is before the Court pursuant to Plaintiff's Unopposed Motion for

Additional Time to Respond to Defendants' Motion to Dismiss (Doc. 13). Plaintiff

requests an extension of time until January 30, 2009, in which to file his

memorandum contra Defendants' Motion to Dismiss (Doc. 11).

The motion being unopposed (Doc. 13), it is **GRANTED**. Plaintiffs shall have

until **January 30, 2009** to file their memorandum contra.

                                 s/Mark R. Abel
                                 United States Magistrate Judge

Dockets.Justia.com