UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Aaron Clark,

    vs

Walt Disney Co., et al.,

**NOTICE**

Case Number: 2: 08-cv-0982
Judge Holschuh

Magistrate Judge Abel

**[X] TAKE NOTICE** of a **PRELIMINARY PRETRIAL CONFERENCE**:

**Judge:** ABEL

**Participants:** Trial Counsel. Parties Welcome.

**Place:** United States District Court    **Room Number 208**
85 Marconi Boulevard
Columbus, Ohio 43215

**Date/Time:** February 5, 2009 at 10:30 AM

# CHANGE IN PRACTICE:

- You must hold a Conference of the Parties on or before **January 22, 2009.**
- You must file a Report of the Parties with the Court on **January 29, 2009.**

> **Rule 26(f) Form, General Order on Pretrial and General Order on Settlement Week in Adobe format can be accessed through http://www.ohsd.uscourts.gov/judges/fpabel.htm. A WordPerfect file of the Rule 26(f) Report of Parties Form Notice can be obtained by e-mailing Spencer_Harris@ohsd.uscourts.gov**

**PLEASE NOTE:** Magistrate Judge Abel prefers to meet in person with counsel. The Court is willing to re-schedule to a date on which it is more convenient for counsel to travel to Columbus. If travel to Columbus is not practicable, and **ALL PARTIES AGREE**, you may request a telephone pretrial by calling Mr. Harris.

    Mark R. Abel
    United States Magistrate Judge

Date: January 15, 2009      s/Spencer D. Harris
    Spencer D. Harris/Courtroom Deputy
    (614) 719-3027

Counsel are listed on the back of this Notice. If you are aware of any parties not included in this Notice, please call Spencer Harris immediately.

**E-mailed to:**

Brian E. Dickerson, Kevin Conners, Sharlene Chance, Grant E. Kinsel