# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRIC OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| AARON CLARK, : | |
| : | |
| *Plaintiff,* : | |
| : | |
| v. : | Case No. 2:08CV982 |
| : | |
| THE WALT DISNEY COMPANY, : | Judge Holschuh |
| JAKKS PACIFIC, INC., PLAY : | |
| ALONG TOYS, KB TOYS, : | Magistrate Judge Abel |
| AMAZON.COM and TOYS 'R US : | |
| : | |
| *Defendants.* : | |

## NOTICE OF DISMISSAL WITH PREJUDICE
## AGAINST DEFENDANT AMAZON.COM

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i), Plaintiff Aaron Clark ("Plaintiff"), by and through his attorneys, hereby gives notice that he is voluntarily dismissing, with prejudice, his Complaint against Defendant Amazon.com. This Notice of Voluntary Dismissal with prejudice applies only to Defendant Amazon.com. All other claims asserted by Plaintiff against the remaining Defendants shall remain pending for resolution by this Court.

Dated: February 9, 2009                    Respectfully submitted,

/s/ Brian E. Dickerson_____
Brian E. Dickerson      (0069227)
Sharlene I. Chance     (0070999)
Kevin R. Conners       (0042012)
**THE DICKERSON LAW GROUP, P.A.**
5003 Horizons Drive, Suite 101
Columbus, OH 43220
Telephone: (614) 339-5370
Facsimile: (614) 442-5942
bdickerson@dickerson-law.com
schance@dickerson-law.com
kconners@dickerson-law.com
*Attorneys for Plaintiff Aaron Clark*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system upon counsels of record.

/s/ Sharlene I. Chance_____
Sharlene I. Chance     (0070999)
***Attorney for Plaintiff Aaron Clark***