IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AARON CLARK,                         :

       Plaintiff             :         Civil Action 2:08-cv-982

 v.                                  :         Judge Holschuh

THE WALT DISNEY COMPANY, *et al.*,   :         Magistrate Judge Abel

       Defendant             :

### ORDER

This matter is before the Court pursuant to Plaintiff's Motion to File First Amended Complaint (Doc. 26). Pursuant to Fed. R. Civ. Pro. 15, Plaintiff requests leave of this court to file a first amended complaint. Four defendants in this action have already filed responsive pleadings. However, Plaintiff avers that his proposed First Amended Complaint repeats substantially the same allegations against the parties which have already answered, and simply adds four additional defendants.

For good cause shown, the Motion (Doc. 26) is **GRANTED**. The Clerk of Court is **DIRECTED** to docket Plaintiff's First Amended Complaint and its exhibits (Docs. 26-2 through 26-14).

                                               s/Mark R. Abel
                                               United States Magistrate Judge