IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRIC OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AARON CLARK, | : | |
| | : | |
|    *Plaintiff,* | : | |
| v. | : | Case No. 2:08CV982 |
| | : | |
| THE WALT DISNEY COMPANY, et al. | : | Judge Holschuh |
| | : | |
| | : | Magistrate Judge Abel |
|    *Defendants.* | : | |
| | : | |
| | : | |

## NOTICE OF FILING OF PLAINTIFF AARON CLARK'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

NOTICE IS HEREBY GIVEN that on February 19, 2009, Plaintiff, by and through his attorneys, served his Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1) via electronic mail upon Defendants' counsels of record.

Dated: February 19, 2009                 Respectfully submitted,

/s/ Brian E. Dickerson_____
Brian E. Dickerson    (0069227)
Sharlene I. Chance    (0070999)
Kevin R. Conners    (0042012)
**THE DICKERSON LAW GROUP, P.A.**
5003 Horizons Drive, Suite 101
Columbus, OH 43220
Telephone: (614) 339-5370
Facsimile: (614) 442-5942
bdickerson@dickerson-law.com
schance@dickerson-law.com
kconners@dickerson-law.com
*Attorneys for Plaintiff Aaron Clark*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system upon counsels of record.

/s/ Sharlene I. Chance_____
Sharlene I. Chance     (0070999)
*Attorney for Plaintiff Aaron Clark*