IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

Clark                         :

    Plaintiff,              :          Case No.    2:08 cv 982

-vs-                          :          District Judge   Sargus
                                                                      Magistrate Judge  Abel

The Walt Disney Company, et al.,  :

    Defendant.              :

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S. D. Ohio Civ. R. 83.3(e) __Michael Lueder_____, trial attorney for __Defendants_____ in the above-captioned action, hereby moves the court to admit __Lori V. Minassian_____ pro hac vice to appear and participate as counsel or co-counsel in this case for __Defendants_____.

Movant represents that __Lori V. Minassian_____ is a member in good standing of the highest court of __California_____ as attested by the accompanying certificate from that court and that __Lori V. Minassian_____ is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

__Lori V. Minassian_____ understands that, unless expressly excused, he or she must register for electronic filing with this Court promptly upon the granting of this Motion.

__Lori V. Minassian_____ 's relevant identifying information is as follows:

Business telephone  __(213) 972-4617_____    Business fax  __(213) 486-0065_____

Business address  __Foley & Lardner LLP_____
__555 S. Flower Street, 35th Floor, Los Angeles, CA 90071-2411__

Business e-mail address  __lminassian@foley.com_____

_____
Michael Lueder

Trial attorney for __Defendants_____

THE STATE BAR
OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

November 12, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LORI VICTORIA MINASSIAN, #223542 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records