IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AARON CLARK, | : | |
| Plaintiff | : | Civil Action 2:08-cv-982 |
| v. | : | Judge Holschuh |
| THE WALT DISNEY COMPANY, *et al.*, | : | Magistrate Judge Abel |
| | : | |
| Defendants. | | |

## ORDER

Michael Lueder's February 24, 2009 motion for the admission of Lori V. Minassian as co-counsel pro hac vice for Defendants (Doc. 35) is GRANTED **on the condition that, within 15 days of the date of this Order, counsel register for electronic filing. S.D. Ohio Civ. Rule 83.4(c). Counsel should register on-line:**

**http://www.ohsd.uscourts.gov/cmecfreg.htm**

A log-on and password for electronic filing will be sent out the next business day. The Court will serve all notices and orders on counsel electronically. Additional information about electronic filing may be found at the Court's website:

http://www.ohsd.uscourts.gov/cmecf.htm

If counsel should experience any problems registering, she should call Lisa Wright at (614) 719-3222.

s/Mark R. Abel
United States Magistrate Judge