IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Aaron Clark, | : | |
|       Plaintiff | : | Civil Action 2:08-cv-00982 |
| v. | : | Judge Holschuh |
| The Walt Disney Co., | : | Magistrate Judge Abel |
| JAKKS Pacific, Inc., | | |
| Play Along Toys, | : | |
| KB Toys, | | |
| Amazon.com, and | : | |
| Toys "R" Us, | | |
| | : | |
|       Defendant | | |
| | : | |

## Discovery Conference Order

On March 19, 2009, counsel for the parties participated in a telephone discovery conference with the Magistrate Judge. During the conference, rulings were made on the following interrogatories.

**Interrogatory No. 2.** On or before April 3, 2009, plaintiff is ORDERED to answer the interrogatory identifying the infringing products.

**Interrogatory No. 3.** On or before April 3, 2009, plaintiff is ORDERED to supplement his answer to the interrogatory, identifying where each limitation in the '272 Patent is on each accused device.

**Interrogatory No. 4.** If plaintiff alleges that a defendant contributed to infringement or induced infringement, then it is ORDERED that he must respond to the interrogatory on or before April 3, 2009.

**Interrogatory No. 5.** If plaintiff identifies a claim that is not literally infringed, then he must set out the structures infringing the device that are equivalent and the factual basis for that assertion.

**Interrogatory No. 7.** On or before April 3, 2009, plaintiff is ORDERED to identify each product by model number and description.

**Interrogatories Nos. 8 and 9.** On or before April 24, 2009, plaintiff is ORDERED to provide defendants with a claims construction chart.

**Interrogatories Nos. 13 and 14.** On or before April 3, 2009, plaintiff is ORDERED to supplement his responses to these interrogatories by providing information he maintains regarding sales, unit volume, profits, licensing fees, cost of goods and any royalty payments.

**Interrogatory No. 21.** Plaintiff will answer Interrogatory No. 21 by reference to his answer to Interrogatory No. 7.

**Interrogatory Nos. 22 and 23.** On or before April 3, 2009, plaintiff is ORDERED to respond to these interrogatories identifying what is allegedly false designation of origin and the facts support those allegations.

s/Mark R. Abel
United States Magistrate Judge