# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

Clark :

    Plaintiff, : Case No. 2:08 cv 982

-vs- : District Judge Sargus
Magistrate Judge Abel

The Walt Disney Company, et al., :

    Defendant. :

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S. D. Ohio Civ. R. 83.3(e) __Michael Lueder__, trial attorney for __Defendants__ in the above-captioned action, hereby moves the court to admit __Michael J. Song__ pro hac vice to appear and participate as counsel or co-counsel in this case for __Defendants__.

Movant represents that __Michael J. Song__ is a member in good standing of the highest court of __California__ as attested by the accompanying certificate from that court and that __Michael J. Song__ is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

__Michael J. Song__ understands that, unless expressly excused, he or she must register for electronic filing with this Court promptly upon the granting of this Motion.

__Michael J. Song__'s relevant identifying information is as follows:

Business telephone __(213) 972-4713__    Business fax __(213) 486-0065__
Business address __Foley & Lardner LLP__
__555 S. Flower Street, 35th Floor, Los Angeles, CA 90071-2411__
Business e-mail address __msong@foley.com__

                                                                 _/s/ Michael Lueder_
                                                                 Michael Lueder

Trial attorney for __Defendants__

ORIGINAL



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

July 18, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL JUNWHAN SONG, #243675 was admitted to the practice of law in this state by the Supreme Court of California on June 30, 2006; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records