IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AARON CLARK,                          :

       Plaintiff            :  Civil Action 2:08-cv-982

  v.                                  :  Judge Holschuh

THE WALT DISNEY COMPANY, et al.,      :  Magistrate Judge Abel

       Defendant            :

# ORDER

Defendants' April 15, 2009 motion for the admission of Michael J. Song as co-counsel *pro hac vice* for Defendants (Doc. 39) is **GRANTED on the condition that, within 15 days of the date of this Order, counsel register for electronic filing. S.D. Ohio Civ. Rule 83.4(c). Counsel should register on-line:**

    http://www.ohsd.uscourts.gov/cmecfreg.htm

A log-on and password for electronic filing will be sent out the next business day. The Court will serve all notices and orders on counsel electronically. Additional information about electronic filing may be found at the Court's website:

    http://www.ohsd.uscourts.gov/cmecf.htm

If counsel should experience any problems registering, he should call Lisa Wright (614-719-3222).

                                            s/Mark R. Abel
                                            United States Magistrate Judge