# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRIC OF OHIO
### EASTERN DIVISION

AARON CLARK,                            :
                                        :
    *Plaintiff,*                  :
                                        :
v.                                      :        **Case No.  2:08CV982**
                                        :
THE WALT DISNEY COMPANY, et             :        **Judge Holschuh**
al.                                     :
                                        :        **Magistrate Judge Abel**
    *Defendants.*                 :
                                        :
                                        :

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## AGAINST DEFENDANTS DISNEY INTERACTIVE MEDIA GROUP
## AND DISNEY ONLINE

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i), Plaintiff Aaron Clark ("Plaintiff"), by and through his attorneys, hereby gives notice that he is voluntarily dismissing, without prejudice, his Complaint against Defendants Disney Interactive Media Group and Disney Online.  This Notice of Voluntary Dismissal Without Prejudice applies only to Defendants Disney Interactive Media Group and Disney Online.  All other claims asserted by Plaintiff against the remaining Defendants shall remain pending for resolution by this Court.

Dated:  May 1, 2009                     Respectfully submitted,

                                              /s/ Brian E. Dickerson_____
                                              Brian E. Dickerson    (0069227)
                                              Sharlene I. Chance    (0070999)
                                              Kevin R. Conners    (0042012)
                                              **THE DICKERSON LAW GROUP, P.A.**
                                              5003 Horizons Drive, Suite 101
                                              Columbus, OH 43220
                                              Telephone: (614) 339-5370
                                              Facsimile:  (614) 442-5942
                                              bdickerson@dickerson-law.com
                                              schance@dickerson-law.com
                                              kconners@dickerson-law.com
                                              *Attorneys for Plaintiff Aaron Clark*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2009, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system upon counsels of record.


/s/ Sharlene I. Chance_____
Sharlene I. Chance     (0070999)
***Attorney for Plaintiff Aaron Clark***