IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| AARON CLARK, | : | |
| Plaintiff | : | Civil Action 2:08-cv-982 |
| v. | : | Judge Holschuh |
| THE WALT DISNEY CO., *et al.*, | : | Magistrate Judge Abel |
| Defendants. | : | |

## ORDER

This matter is before the Court pursuant to Plaintiff Aaron Clark's Motion for Leave to File Second Amended Complaint (Doc. 43). Plaintiff avers that, since filing his First Amended Complaint, he has discovered that two parties named in that complaint are not proper defendants. On May 1, 2009, he filed a notice of voluntary dismissal of these two defendants.[1] (Doc. 42.)

Plaintiff now seeks to amend his complaint again to add a new defendant whom he characterizes as "the proper party", Disney Shopping, Inc. He avers that Defendants have consented to accept service of the Second Amended Complaint on behalf of this new party defendant.

For good cause shown, the Motion (Doc. 43) is **GRANTED**.

s/Mark R. Abel<br>
United States Magistrate Judge

---

[1] The two dismissed defendants, Disney Interactive Media Group and Disney Online, have not filed either answers or motions for summary judgment in this action. *See* Fed. R. Civ. Pro. 41(a)(1)(A)(i).