## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **AARON CLARK, et al.,** | : | |
| Plaintiffs, | : | Case No. 2:08-cv-982 |
| v. | : | Judge Holschuh |
| **THE WALT DISNEY COMPANY, et al.,** | : | Magistrate Judge Abel |
| | : | |
| Defendants. | | |
| | : | |

## ORDER

On July 7, 2009, Magistrate Judge Abel granted Plaintiff's Motion for Leave to File a Third Amended Complaint. The Third Amended Complaint adds John Pierano as a party plaintiff, rendering **MOOT** the Motion to Dismiss for Failure to Join a Necessary and Indispensable Party filed by Defendants Jakks Pacific, Inc., Play Along Toys, and Toys R Us. (Doc. 46).

Date: July 9, 2009     **/s/ John D. Holschuh**
John D. Holschuh, Judge
United States District Court