**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **AARON CLARK, et al.,** | : | |
| | : | |
| *Plaintiffs,* | : | |
| **v.** | : | **Case No.  2:08CV982** |
| | : | |
| **THE WALT DISNEY COMPANY, et al.,** | : | **Judge Holschuh** |
| | : | |
| *Defendants.* | : | **Magistrate Judge Abel** |

**NOTICE OF PAYMENT OF COSTS BY PLAINTIFFS AARON CLARK
AND JOHN PEIRANO
CAUSING DEFENDANT JAKKS PACIFIC, INC.'S BILL OF COSTS (DOC. 69)
TO BE RENDERED MOOT**

Now come Plaintiffs Aaron Clark and John Peirano (collectively "Plaintiffs") by and though undersigned counsel and respectfully informs this Honorable Court that Plaintiffs have paid to Defendant JAKKS Pacific Inc. ("Defendant JAKKS"), as the prevailing party, costs, other than attorney' fees, itemized in Defendant JAKKS' Bill of Costs (Doc. 69).  As such, Plaintiffs respectfully request this Honorable Court render moot Defendant JAKKS' Bill of Costs (Doc. 69).

Respectfully submitted,

/s/Brian E. Dickerson
Brian E. Dickerson      (0069227)
Sharlene I. Chance       (0070999)
5003 Horizons Drive, Suite 101
Columbus, Ohio 43220
Telephone: 614.339.5370
Facsimile:  614.442.5942
bdickerson@dickerson-law.com
schance@dickerson-law.com
*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 16, 2009, I filed electronically the foregoing document with the Clerk of the court using the CM/ECF system upon counsels of record.

/s/ Sharlene I. Chance
Sharlene I. Chance      (0070999)
***Attorney for Plaintiffs***