IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

AARON CLARK, et al.

       Plaintiff,                      Case No. 2:08-cv-982

       vs.                               Judge Holschuh
                                         Magistrate Judge Abel

THE WALT DISNEY COMPANY, et al.

       Defendants

_____

MEMORANDUM AS TO BILL OF COSTS TAXATION
_____

       On November 10, 2009 Defendants file a Bill of Costs in the within action alleging costs in the amount of Nine Hundred Ten Dollars ($910.00).

       On December 1, 2009 Plaintiffs filed a Memorandum in Opposition to the Costs and Defendant Jakks Pacific, Inc filed a Reply on December 10, 2009.  Thereafter, on December 16, 2009, Plaintiffs filed a notice that they had paid the costs being sought by the Defendants.

       Therefore, the Bill of Costs (#67) filed by Defendants on November 10, 2009 is hereby moot as being paid by the Plaintiffs.

                                                                   JAMES BONINI, CLERK

                                                                   s/Debra D. Overly
                                                                   Debra D. Overly, Division Manager